# EXHIBIT A

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH
## INFORMATION SHEET

Martin Dougherty

_____

vs

__ CNN America Incorporated __

Case Number: _____

Date: _____ Thursday August 22, 2019

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* <br> A.J Dhali <br><br> Firm Name: Dhali PLLC <br><br> Telephone No.: (202) 56-1285    Six digit Unified Bar No.: 495909 | Relationship to Lawsuit <br><br> ☒ Attorney for Plaintiff <br> ☐ Self (Pro Se) <br> ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury        ☒ 6 Person Jury        ☐ 12 Person Jury

Demand: $_____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

---

**NATURE OF SUIT:**      *(Check One Box Only)*

**A. CONTRACTS**                              **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☒ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
   Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
   Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
   Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
   Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
   Under $25,000 Consent Denied

---

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
   Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
   Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D.  REAL PROPERTY

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

/s/ Arinderjit (A.J) Dhali

Thursday August 22, 2019

_____                    _____

Attorney's Signature                                    Date

**IN THE SUPERIOR COURT FOR
WASHINGTON D.C.
CIVIL DIVISION**

| | |
|---|---|
| **Martin Doherty,** ) | |
| **12500 Quiverbook Court** ) | |
| **Bowie, MD 20720.** ) | **Case No:_____**    2019 CA 005570B |
|     **vs.** ) | |
| ) | |
| **CNN America Incorporated.** ) | <u>Jury Demand</u> |
| **Defendant.** ) | For Violations of the: D.C. Human Rights Act |
| **820 1ˢᵗ Street. NE** ) | (DCHRA) & Title VII |
| **Washington D.C 20002** | |

_____

<u>INTRODUCTION</u>

The Plaintiff Martin Dougherty (Dougherty) by and through his undersigned counsel

Dhali PLLC, bring this action for age and disability based discrimination along with retaliation

against the Defendant, CNN America Incorporated (CNN) under the D.C Human Rights Act

(DCHRA) and Title VII, 42 U.S.C. §2000 et seq.

Dougherty has been a photojournalist and then promoted to Senior Photojournalist with

CNN since approximately 1999. As a Senior Photojournalist his job requires him to manage and

use 35 - 700 pounds of camera equipment to report on news stories around the country and the

world.

On December 31, 2015, while working at Elkins Park, Pennsylvania, Dougherty suffers a

work related injury and is taken to the Einstein Medical Center. He is diagnosed with left knee

patellar dislocation with effusion. He also begins his physical therapy in 2016, which CNN later

cut off and denied further treatment.  CNN is also informed of this injury in January 2016.  From

all points thereafter, Dougherty requests accommodations under the disability act from CNN,

only for them to inform him on March 8, 2016, that his position was replaced by Scott Piczek, an

individual in his 30s. Dougherty then filed a claim for violations of the DCHRA and the DC Family Medical Leave Act, in an action that was initially brought in this Court, but which is now pending a decision on CNN's R.56 Motion, at the U.S. Federal District Court, for the District of Columbia, Case No. 17-cv-00769.

During the discovery phase of that action, CNN and their manager Dough Schantz informs Dougherty to reach out to him and CNN for subsequent job applications with the Defendant.  Since that time, Dougherty has applied for numerous jobs with CNN, only for CNN to not even call or email him for an interview, including applying for open Photojournalist[1] positions 10 times, a job that he has 20 years of experience in, but they now say he is not even minimally qualified for. We suspect this is because of CNN's continued pattern to discriminate and retaliate against Dougherty.  CNN have no intention of hiring him because of his protected activities and disabilities, in contravention of DC and federal laws.

Consequently, Dougherty now files an action under the DCHRA, and Title VII, against the Defendant CNN America Incorporated.

## Part I. Parties

1. The Plaintiff Martin Dougherty is a 55 year old male and has been an employee of the defendant CNN since approximately 1999. He was employed as a Senior Photojournalist, until March 2016, when he was terminated by CNN.

2. The Defendant CNN is an international broadcasting and news company with thousands of employees within the United States and worldwide. CNN is an employer under D.C. Code § 2-1401.02(10) of the DCHRA and 42 U.S.C. §2000 et seq., of Title VII.

---

[1] A position he had held with CNN since approximately 1999.

## Part II. Jurisdiction & Venue

1. This Court has subject matter jurisdiction over his DCHRA claims under D.C. Code Ann. § 11-921 and over his Title VII claims under 42 U.S.C. §2000 et seq., of Title VII.

2. Venue is also proper in Washington D.C because Dougherty was employed in Washington D.C, and was also removed and terminated from his assignments in Washington D.C, and has continued to apply for position in the District of Columbia. His prior protected activities also occurred in Washington, DC.

## Part III. Exhaustion of Administrative Remedies

3. On December 18, 2018, Dougherty filed his claims for disability discrimination, age discrimination and retaliation against the Defendant CNN with the U.S Equal Employment Opportunity Commission (EEOC). It was also cross filed with the D.C. Office of Human Rights (OHR).

4. On May 30, 2019, CNN issued its Right to Sue. It was received by the Plaintiff on June 4, 2019. This action was filed within 90 days of the right to sue.

## Part IV. Statement of Facts

5. Dougherty is 55 years old. He was employed as a Senior Photojournalist with CNN. As part of his job duties he was required to manage 35-700 pounds of camera and broadcast news equipment to various job locations and assignments around the country.

6. As a photojournalist sometimes he would be required to sit for 8 hours, while sometimes he would be required to walk and/or run to get a story.

7. For the duration of his employment with CNN, Dougherty was never told that today he needed to run to get a story. Running at best was a marginal function of his employment.

8.  Dougherty ran as much as attorneys run in the practice of law. In both occupations, running is not an essential function; it is a marginal function.

9.  CNN's job description for a photojournalist, does not list running as an essential function.

10. On or about December 31, 2015, sometime around 9 or 9:15 am, Dougherty was taken to the "Einstein Medical Center" after suffering a work related injury while on assignment in Elkins Park, Pennsylvania. The Emergency Room (ER) doctor diagnosed him with left knee patellar dislocation with effusion. He is advised to seek further treatment upon his return to Washington D.C. Dougherty's Supervisor Oliver Janney meets him at the Einstein Medical Center and arranges for his transport back to Washington DC area.

11. On January 1, 2016, Dougherty calls the "Washington Orthopedics & Sports Medicine" (WOSM) clinic to make an appointment. They are closed for the holiday.

12. On this same day, CNN's Risk Management department is also notified of a work related injury.

13. On January 5, 2016, Dougherty visits WOSM and is seen by Jonas R. Rudzki, M.D.

14. Dr. Rudzki diagnoses him with a reduced patellar dislocation with effusion (a dislocation of the knee). He is deemed totally incapacitated pending an MRI review. He is placed on a knee brace and crutches.

15. On January 11, 2016, after reviewing his MRI, Dr. Rudzki diagnoses him with a "medical retainacular tear involving the MPFL and well as sequelae of a lateral patellar dislocation with a TTTG distance of 9 mm." He is told to continue with his brace and crutches and to receive physical therapy.  He is told by Dr. Rudzki to return for an assessment in 6-8 weeks. Dr. Rudski opines that Dougherty is not a candidate for surgical intervention and that the injury will heal itself with physical therapy and rest.

**Protected Activities**

16. Also on January 11, 2016, Dougherty shares this information with his Washington D.C., managers Dough Schantz and Oliver Janney (aka "OJ"), and that he may be cleared for return to work by March 7, 2016, after he completes his weekly sessions of physical therapy (PT).

17. The CNN HR Manager Maureen Dumond via email on February 11, 2016, also acknowledges that Dougherty had spoken about this matter with Schantz and OJ, and that he may be cleared to return to work by March 7, 2016.

18. On January 22, 2016, Dougherty starts his 6-8 weeks of physical therapy.

19. About two weeks later or on February 11, 2016, on the same day that Dumond also sent him an email on his treatment (¶ 15) he receives an overnight DHL package and letter from Dumond, dated February 10, 2015, informing Dougherty

> "As previously noted in the letter you received from The Hartford dated January 8, 2016, your leave is ineligible for coverage under the Family Medical Leave Act (FMLA) because you have already exhausted leave entitlement …" And "In order to meet the pressing business and operational needs, moving forward the Company will no longer be able to keep your position unstaffed and will take steps to fill the position as soon as possible."

20. After receiving the letter from CNN and Dumond, Dougherty telephones the CNN Field Production person, Jeff Kinney.

21. Kinney is the manager for Dougherty's division.

22. Dougherty asks Kinney "what is going on and why are CNN replacing me while I am out on medical rehabilitation?" Dougherty begs to complete his PT and visit his physician for a re-assessment before CNN terminates him.

23. Kinney informs Dougherty that "they [CNN] can't do that [wait on Dougherty to finish PT and be re-assessed by Dr. Rudski]."

24. Dougherty asks Kinney if he will have a job after he sees a doctor on March 7, 2016.

25. Kinney replies by saying, "you are putting me in a very uncomfortable position."

26. CNN and Dumond then also inform Dougherty that he cannot return to work unless he has zero restrictions and was one hundred percent (100%) healed.

27. There is no requirement under the ADA that an employee be 100% healed before an employee can return to work.

28. Dumond also refused to hold his position until March 7, 2016.

29. Dumond then informs Dougherty that CNN has already proceeded to recruit Dougherty's replacement.

30. Dougherty's replacement was Scott Picszek.

31. CNN internally discussed an offer of employment to Picszek with its staff on March 15, 2016, and these discussions continued until March 17, 2016.

32. During his deposition, Picszek believes that his employment began in April 2016, and that he may have started at CNN as a photojournalist on April 9, 2016. He was also attending the new employee orientation at 820 1st Street. NE from about 7 am to 5 pm from approximately April 9, 2016 – April 15, 2016.

33. Dougherty again asks Dumond to hold off on any recruitment since he was about 3 weeks away from meeting Dr. Rudzki for a reassessment.

34. On February 17, 2016, Dougherty emails Dumond, subject "Accommodation request under ADA"

35. This February 17, 2016, ADA email to Dumond says,

> Hi, I am requesting accommodation under the ADA (American Disabilities Act). Please let me know who else might need to be contacted and any documentation you might need from me.

36.  Dumond acknowledges receipt of this ADA email in a voice mail to him dated February

19, 2016. She is however dismissive of the request and says, "you made it before you

went to the doctor!"

37. There is no requirement under the ADA that an employee can only make an ADA request

after meeting a physician.

38. On February 19, 2016, Dougherty visits Dr. Rudzki and he clears him for light duty for 8

weeks beginning from 2/19/16[2].  Dr. Rudzki also requests the following accommodations

from CNN for Dougherty:

Please provide Martin Dougherty with access to the following equiptment as these devices will reduces the
stress and strain on his shoulder, preserving the integrity of the rotator cuff repair, and avoid recurrent
instability of his Left knee (s/p lateral patellar dislocation),  and reducing the risks of additional procedures:

Sachtler Monopod Carbon Fiber with Sandwich touch and go system - supports 33lbs
Easyrig Cinema 3 Stabilizing Camera Support
Sachtler 1096 Quick Release Plate.

Thank you for accommodating the patient's medical needs.

Please contact my office directly with any questions or concerns.

39. On this same day or February 19, 2016, Dougherty after visiting Dr. Rudzki, immediately

rushes to the CNN office in Washington D.C., located at 820 1st Street. NE., with the

above medical note and accommodations request in hand. He arrives at 4:15pm and hand

delivers the above medical note for ADA accommodations to his manager Shantz.

---

[2] This ADA accommodations request is an updated request from the one
provided to CNN dated 11/18/2015 from Dr. Rudski. This Nov 2015 ADA
request was also never fulfilled by CNN.

40. Knowing that CNN would make up some further excuse for not receiving the above note, Dougherty as a fail-safe, further scans the note while at the CNN bureau and also emails it to Dumond.

41. Both Shantz and Dumond now are in possession of the ADA accommodations request from Dr. Rudzik dated 2/19/2016.

42. Dumond calls him back and informs him that the ADA accommodations request note from Dr. Rudzik is not good enough and that she wanted more specifics.

43. Also on February 19, 2016, Dougherty for the first time applies for FMLA leave on CNN's intranet site. He is denied coverage and not appraised when he would be re-eligible.

44. On February 22, 2016, around 12:46 am, Dougherty sends an email to Dumond enquiring about the ADA accommodations outlined by Dr. Rudskiin his medical note dated 2/19/2016.

45. She replies by saying, she would "discuss whether this is something we can accommodate with your management team should you be cleared to return to work before we fill your position."

46. Dr. Rudski's 2/19/2016 note had already cleared him to return to light duty with restrictions  from this date.

47. On March 7, 2016, Dougherty receives a voice mail from Dumond  informing him that because his position was already posted before receiving any ADA accommodations request from him, they were already far along in hiring someone for his position.

48. On March 17, 2016, Dougherty receives an email from HR saying, he is no longer an active employee because his position has already been filled.

49. His email was then turned off. His access to the company intranet was terminated and he was told to turn in his ID card.

50. Per CNN's employee handbook when in this case his termination letter says that he is on "Personal Leave until December 31, 2016[3]" Dougherty is to have access to job search tools on *MYHR* a CNN job search website, generally available to active employees.

51. Dougherty instead was denied access.

52. He was then replaced by a younger individual Mr. Scott Pisczek in his 30s.

**Dougherty's Continued Protected Activities**

53. Dougherty then filed an action in this Court, which was later moved to the US District Court by CNN. That action is still pending at the US District Court for the District of Columbia, Case No. 17-cv-769.

54. During the time of Doug Schantz' 6/11/2018 deposition, we asked if when in this case, Dougherty is disabled, should he be searching for jobs himself. To which Schantz replies:

> **A**: If Martin had reached out and asked for help, I would've been happy to help, but this is very personal, your job is a very personal thing, and it had to be a very difficult to go through what he had been through, and it was up to him to decide what he wanted to do. And if he had asked, I would have been happy to help, but he did not.
> Q: If he asks for help applying for a job should he sent you an email?
> **A**: Of Course (Schantz Dep. 150-151)

55. Since the time of Schantz deposition to the present, Dougherty has continued to apply for open positions within CNN, and has even reached out to Schantz, only to never hear back from Schantz.  This is further evidence by Schantz and CNN to retaliate against him.

---

[3] Although CNN now inexplicably claims he was an active employee on personal leave until March 29, 2019 when he was summarily "terminated" yet a second time after he re-applied for his job as a Photojournalist on that March 25th. Dougherty never received any notice that he was "terminated" again and only found out on June 4, 2019 from CNN's counsel while investigating another matter.

56. CNN has no intention of hiring Dougherty.

57. These CNN positions to which Dougherty applied are attached to this Complaint as Exhibit **A**.

### Part V. Causes of Action

### Count I. Disability Discrimination under the DCHRA

58. Plaintiff re-incorporates by reference all the allegations above

59. At all present times Defendant CNN was an employer subject to the provisions of the D.C. Human Rights Act § 2-1401 *et seq* (DCHRA), of the District of Columbia Code.

60. At all pertinent times, Plaintiff Martin Dougherty was entitled to protections under the D.C. Human Rights Act.

61. The DCHRA prohibits discrimination in employment "for any reason other than individual merit" including without limitation on the basis of disability and age.

62. Defendant and/or its agents or its employees acting on its behalf discriminated against the Plaintiff on the basis of his disability by treating him differently from and less preferably then similarly situated employees outside of Plaintiff's protected class, in violation of the DCHRA.

63. Defendant knew or should have known of the types of discrimination that Plaintiff suffered.

64. Defendant's conduct has been intentional, deliberate, willful and in callous disregard of Plaintiff's rights.

65. Defendant's acts of discrimination caused Plaintiff to suffer economic losses, mental and emotional distress, physical injury, embarrassment, humiliation and indignity.

66. This intentional, reckless and/or willful discrimination on the part of Defendant constitutes a violation of Plaintiff's rights under the DCHRA.

67. By reasons of Defendant's discrimination, Plaintiff is entitled to all legal and equitable remedies under the DCHRA including its attorney's fees.

## Count II. Failure to Accommodate under the DCHRA

68. Plaintiff alleges and incorporates all the above allegations.

69. CNN was at all times an employer of the Plaintiff for purposes of the DCHRA.

70. The Plaintiff is a disabled individual with physical impairments that substantially limits one or more major life activities under the American Disabilities Act Amendments Act of 2008 (ADAAA) and the DCHRA disability laws.

71. At all times of Plaintiff's employment, CNN had knowledge of his disability or perceived disability. Plaintiff also has a record of such impairment.

72. The Plaintiff informed CNN of his disability and request for reasonable accommodations.

73. The Plaintiff alleges that one or more of the agents, managers, or supervisors of CNN failed to accommodate his disability and/or engage in the interactive process with the Plaintiff and/or his physician, to determine an appropriate and reasonable accommodation as required under the ADAAA and the District's disability laws.  Had the Defendant engaged in the interactive process, a reasonable accommodation would have been identified, allowing him to perform the essential functions of his job.

74. The Defendant subsequently not only failed to engage in the interactive process, but also summarily denied all requests for reasonable accommodations, and subjected the Plaintiff to adverse employment actions, including failing to hire  or even consider him post March 2016.

75. The Defendant is unable to show that the accommodations requested would have imposed "an undue hardship on the operation of the business." 42 U.S.C. § 12112(b)(5).

76. As a direct and proximate result of this injury from the Defendant, Plaintiff has suffered and is suffering considerable injury, including but not limited to loss of substantial past and future salary and income, benefits and other privileges and entitlements of employment, loss of professional status and career enhancing and advancement opportunities, and loss of retirement savings and benefits. The Plaintiff has also suffered from emotional distress arising from the loss of his job, the damage to his professional reputation and the embarrassment, humiliation, and indignity arising from the discriminatory conduct of Defendant and/or agents or employees acting on its behalf, and the stress and anxiety caused by his wrongful termination and resultant financial hardship.

77. As a consequence of Defendant's actions CNN is additionally liable for attorney's fees and other costs and interest in pursuit of this litigation.

## COUNT III. Retaliation under the DCHRA

78. Plaintiff re-alleges and incorporates by reference the allegations of all paragraphs above as though fully set forth herein.

79. At all pertinent times Defendant was an employer subject to the provisions of the D.C. Human Rights Act § 2-1401 *et. seq* of the District of Colombia Code.

80. At all pertinent times, Plaintiff was entitled to protection under the DCHRA.

81. The DCHRA makes it an "unlawful discriminatory practice to coerce, threaten, retaliate against or interfere with any person in the exercise or enjoyment of, or on account of

having exercised or enjoyed, or on account of having aided and encouraged any other person in the exercise or enjoyment of any right granted or protected under this chapter."

82. Plaintiff engaged in protected activities and opposition to practices made unlawful under the DCHRA while employed by Defendant CNN, and post March 2016, as a candidate for employment with CNN.  Dougherty also filed a lawsuit for discrimination and retaliation under the DCHRA, presently pending at the US Federal District Court for the District of Columbia, Case No. 17-cv-00769.

83. Since the time of the filing of the first lawsuit to the present, Dougherty has continued to apply for jobs with CNN, only to be summarily denied for all of them on the basis of his disability.

84. As a result of his protected activities and opposition to practices made unlawful under the DCHRA, Plaintiff was subjected to adverse employment actions, including denying him the opportunity to interview with CNN, and obtain employment with them, along with other adverse employment conditions that may well dissuade an employee from filing a claim of discrimination.

85. A casual connection exists between Plaintiff's protected activities and the adverse employment actions taken by Defendant.

86. Defendant's acts of retaliation caused Plaintiffs to suffer economic losses, physical harm, mental and emotional distress, embarrassment, humiliation and indignity.

87. This intentional, reckless, and/or willful retaliation by the part of Defendant constitutes a violation of Plaintiff's statutory rights under the DCHRA.

88. By reason of Defendant's retaliation, Plaintiff is entitled to all legal and equitable remedies under the DCHRA, including his attorney's fees.

### Count IV. Disability Discrimination under Title VII, 42 U.S.C. §2000 et seq.

89. Plaintiff re-incorporates by reference all the allegations above

90. At all present times Defendant CNN was an employer subject to the provisions of Title VII, 42 U.S.C. §2000 et seq.

91. At all pertinent times, Plaintiff Martin Dougherty was entitled to protections under Title VII.

92. Title VII prohibits discrimination in employment on the basis of disability.

93. Defendant and/or its agents or its employees acting on its behalf discriminated against the Plaintiff on the basis of his disability by treating him differently from and less preferably then similarly situated employees outside of Plaintiff's protected class, in violation of Title VII.

94. Defendant knew or should have known of the types of discrimination that Plaintiff suffered.

95. Defendant's conduct has been intentional, deliberate, willful and in callous disregard of Plaintiff's rights.

96. Defendant's acts of discrimination caused Plaintiff to suffer economic losses, mental and emotional distress, physical injury, embarrassment, humiliation and indignity.

97. This intentional, reckless and/or willful discrimination on the part of Defendant constitutes a violation of Plaintiff's rights under Title VII.

98. By reasons of Defendant's discrimination, Plaintiff is entitled to all legal and equitable remedies under the Title VII including its attorney's fees.

### Count V Failure to Accommodate under Title VII, 42 U.S.C. §2000 et seq.

99. Plaintiff alleges and incorporates all the above allegations.

100.      CNN is an employer subject to Title VII, 42 U.S.C. §2000 et seq.

101.      The Plaintiff is a disabled individual with physical impairments that substantially

limits one or more major life activities under the American Disabilities Act Amendments

Act of 2008 (ADAAA).

102.      At all times of Plaintiff's employment, CNN had knowledge of his disability or

perceived disability. Plaintiff also has a record of such impairment.

103.      The Plaintiff alleges that one or more of the agents, managers, or supervisors of

CNN failed to accommodate his disability and/or engage in the interactive process with

the Plaintiff and/or his physician, to determine an appropriate and reasonable

accommodation as required under the ADAAA and the District's disability laws.  Had the

Defendant engaged in the interactive process, a reasonable accommodation would have

been identified, allowing him to perform the essential functions of his job.

104.      The Defendant subsequently not only failed to engage in the interactive process,

but also denied all requests for reasonable accommodations, and subjected the Plaintiff to

adverse employment actions, including failing to hire  or even consider him post March

2016.

105.      The Defendant is unable to show that the accommodations requested would have

imposed "an undue hardship on the operation of the business." 42 U.S.C. § 12112(b)(5).

106.      As a direct and proximate result of this injury from the Defendant, Plaintiff has

suffered and is suffering considerable injury, including but not limited to loss of

substantial past and future salary and income, benefits and other privileges and

entitlements of employment, loss of professional status and career enhancing and

advancement opportunities, and loss of retirement savings and benefits. The Plaintiff has

also suffered from emotional distress arising from the loss of his job, the damage to his professional reputation and the embarrassment, humiliation, and indignity arising from the discriminatory conduct of Defendant and/or agents or employees acting on its behalf, and the stress and anxiety caused by his wrongful termination and resultant financial hardship.

107.     As a consequence of Defendant's actions CNN is additionally liable for attorney's fees and other costs and interest in pursuit of this litigation.

### Count VI. Retaliation under Title VII, 42 U.S.C. §2000 et seq.

108.     Plaintiff re-alleges and incorporates by reference the allegations of all paragraphs above as though fully set forth herein.

109.     At all pertinent times Defendant was an employer subject to the provisions of Title VII, 42 U.S.C. §2000 et seq.

110.     At all pertinent times, Plaintiff was entitled to protection under Title VII.

111.     Title VII makes it unlawful to retaliate against a person.

112.     Plaintiff engaged in protected activities and opposition to practices made unlawful under Title VII while employed by Defendant CNN, and post March 2016, as a candidate for employment with CNN.  Dougherty also filed a lawsuit for discrimination and retaliation under the DCHRA, presently pending at the US Federal District Court for the District of Columbia, Case No. 17-cv-00769.

113.     Since the time of the filing of the first lawsuit to the present, Dougherty has continued to apply for jobs with CNN, only to be denied for all of them.

114.     As a result of his protected activities and opposition to practices made unlawful under Title VII, Plaintiff was subjected to adverse employment actions, including

denying him the opportunity to interview with CNN, and obtain employment with them, along with other adverse employment conditions that may well dissuade an employee from filing a claim of discrimination.

115.     A casual connection exists between Plaintiff's protected activities and the adverse employment actions taken by Defendant.

116.     Defendant's acts of retaliation caused Plaintiffs to suffer economic losses, physical harm, mental and emotional distress, embarrassment, humiliation and indignity.

117.     This intentional, reckless, and/or willful retaliation by the part of Defendant constitutes a violation of Plaintiff's statutory rights under Title VII.

118.      By reason of Defendant's retaliation, Plaintiff is entitled to all legal and equitable remedies under the DCHRA, including his attorney's fees.

### **Part VI. Prayer for Relief**

WHEREFORE, the Plaintiff prays that this Honorable Court:

A. Declare that the Defendant's committed one or more of the following acts:

(i). Discriminated against him on the basis of age and disability in violation of the D.C Human Rights Act and Title VII, 42 U.S.C. §2000 et seq.,
(ii). Retaliated against him for engaging in protected activities under the DCHRA and Title VII;
(iii) failed to engage in the interactive process under the DCHRA and Title VII.

B. That the Court award Plaintiff damages in the amount equal to all of his accumulated lost wages and benefits, including back pay, front pay and benefits, punitive damages, and compensatory and emotional damages for the financial, physical and emotional harm caused by Defendant, including pre-judgment and post judgment interest and any other damages permitted under the D.C Human Rights Act (DCHRA), and Title VII, in an amount to be determined by this Court;

C. That the Court also award Plaintiff payment of all fees, costs and expenses inclusive of attorney's fees and expert fees and any and all other remedies that the Plaintiff maybe entitled to by all the laws and this Court.

**Part VII.**     **Jury Demand.**

Plaintiff requests a trial by jury on all counts.

Respectfully Submitted,

Dhali PLLC

/s/A.J Dhali, Esq.

DC Bar No. 495909

Dhali PLLC

1828 L. Street. NW. Suite 600.

Washington D.C. 20036

Telephone: (202) 556-1285

Fascimile: (202) 351-0518

ajdhali@dhalilaw.com

Thursday August 22, 2019

Exhibit A

# Jobs Applied for with CNN, Time Warner, HBO and Turner Broadcasting Systems in 2016, 2017 & 2018

| Job Application Submitted | Date | Interview |
|---|---|---|
| Studio Operator I - #[1] 150451BR | Mar 14, 2016 | No |
| Manager, Technical Operations – # 161703BR | Mar 21, 2016 | No |
| Manager, Technical Operations - # 151703BR | Mar 22, 2016 | No |
| Courier/Transport/Facility Specialist – # 152627BR | May 26, 2016 | No |
| Photojournalist – CNN New York - # 150095BR | June 29, 2016 | No |
| Videographer - # 152930BR | July 12, 2016 | No |
| HBO Director, HBO[2] Production - # 153267BR | July 12, 2016 | No |
| Video Producer, CNN Politics.com DC # 153500BR | July 18, 2016 | No |
| Supervising Producer, National Security DC # 153873BR | Aug 7, 2016 | No |
| Security Officer - # 153937BR | Aug 27, 2016 | No |
| Studio Operator I, DC Tech Ops[3] - # 155821BR | Dec 14, 2016 | No |
| Technical Production Manager Tech Ops – # 155512BR | Dec 14, 2016 | No |
| Weekend Breaking News Editor, CNN Politics DC - # 155863BR | Jan 16 2017 | No |
| Managing Editor, CNN Politics.com - #156354BR | Jan 24, 2017 | No |
| Studio Operator I, DC Tech Ops - # 156289BR | Jan 24, 2017 | No |
| Producer I, White House – Expansion Position - # 156300BR | Jan 24, 2017 | No |

---

[1] # denotes Job listing reference number
[2] HBO is a division of Time Warner
[3] DC Technical Operations

| Job Application Submitted | Date | Interview |
|---|---|---|
| Bureau Assignment Editor[4] Weekend Coverage – # 156299BR | Jan 24, 2017 | No |
| Assistant Managing Editor, CNN Investigations - # 156453BR | Feb 4, 2017 | No |
| PM Breaking News Editor, CNN Politics.com - # 156440BR | Feb 4, 2017 | No |
| Associate Producer, CNN Politics.com - # 156281BR | Feb 4, 2017 | No |
| Studio Operator I, DC Tech Ops - # 156289BR | Feb 4, 2017 | No |
| Bureau Assignment Editor 1, DC - # 162417BR | Feb 6, 2017 | No |
| Bureau Assignment Editor 1, DC - # 162798BR | Mar 3, 2017 | No |
| CNN Photojournalist - # 157241BR | Mar 14, 2017 | No |
| Director, PR Operations - # 157270BR | Mar 24, 2017 | No |
| Associate Mobile Producer, CNN Politics - # 157453BR | Apr 7, 2017 | No |
| Multiplatform Editor, CNN Politics – # 57451BR | April 7, 2017 | No |
| Security Officer - # 157384BR | April 7, 2017 | No |
| Assignment Editor, DC Bureau - # 158400BR | May 17, 2017 | No |
| Producer I, CNN Inside Politics - # 158382BR | May 17, 2017 | No |
| Audio Designer II, DC Tech Ops - # 158169BR | May 17, 2017 | No |
| Assignment Editor, DC Bureau - # 158400BR | May 17, 2017 | No |
| Studio Operator I, DC Tech Ops - # 158628BR | June 2, 2017 | No |
| Producer II, CNN Inside Politics - # 158550BR | June 2, 2017 | No |
| Senior Producer, CNN Inside Politics - # 158524 | June 2, 2017 | No |
| Breaking News Editor, CNN Politics.com - # 159034BR | Sept 2, 2017 | No |

[4] Expansion Position

| Job Application Submitted | Date | Interview |
|---|---|---|
| Bureau Manager, CNN En Espanol - # 159725BR | Sept 2, 2017 | No |
| Cross-Platform Assoc Producer[5] - #159496BR | Sept 2, 2017 | No |
| Video Producer, Great Big Story - # 159687BR | Sept 2, 2017 | No |
| Chief Operating Officer - # 159582BR | Sept 12, 2017 | No |
| Production Manager, Documentary Unit – # 159917BR | Sept 12, 2017 | No |
| Audio/Graphics/Camera Technical Operator[6] - # 159957BR | Sept 13, 2017 | No |
| Producer I-DC - # 160688BR | Oct 12, 2017 | No |
| Security Officer - # 160716BR | Oct 12, 2017 | No |
| Producer II – Justice Team - # 160249BR | Oct 12, 2017 | No |
| Executive Producer, Documentary Unit - # 160860BR | Oct 24, 2017 | No |
| Multiplatform Editor, CNN Politics - # 157451BR | April 7, 2017 | No |
| Associate Mobile Producer, CNN Politics - # 157453BR | April 7, 2017 | No |
| Security Officer - # 157384BR | April 7, 2017 | No |
| Audio Designer II, DC Technical Operations - # 158169BR | May 17, 2017 | No |
| Producer II, CNN Inside Politics - # 158550BR | June 2, 2017 | No |
| Senior Producer, CNN Inside Politics - # 158524BR | June 2, 2017 | No |
| Floor Director DC Technical Operations - # 158771BR | June 14, 2017 | No |
| Photojournalist - # 158500BR-Abu Dhabi | June 14, 2017 | No |
| Senior Producer - # 157537BR | Sept 8, 2017 | No |
| Sr. Weekend Editor – Digital Politics - # 160094BR | Sept 8, 2017 | No |
| Production Manager, Documentary Unit - # 159917BR | Sept 12, 2017 | No |

---

[5] I & S Prod Services Department
[6] ATL Tech Ops

| Job Application Submitted | Date | Interview |
|---|---|---|
| Photojournalist, I & S, Field Production DC - # 161360BR | Dec 6, 2017 | No |
| Cameraman/Editor – based in Seoul, Korea - # 159902BR | Dec 6, 2017 | No |
| Photojournalist, I & S, Field Production-LA - # 161361BR | Dec 6, 2017 | No |
| Sr. Producer, State of the Union with Jake Tapper - #161691BR | Dec 6, 2017 | No |
| Senior Producer, CNNI - # 161276BR | Dec 6, 2017 | No |
| Cameraman/Editor – Based in Beijing - # 159902BR | Only have screenshot confirmation with no date. | No |
| Associate Editorial Producer (Booker)[7] - # 162160BR | Jan 25, 2018 | No |
| Editorial Producer (Booker)[8] - # 161791BR | Jan 25, 2018 | No |
| Editorial Producer (Booker) – CNN – Wolf - # 161826BR | Jan 25, 2018 | No |
| Associate Production Manager, DC Tech Ops - # 162212BR | Feb 6, 2018 | No |
| Producer I-DC General Assignment - # 162418BR | Feb 6, 2018 | No |
| Cross Platform Producer, Creative Services[9] - # 162292BR | Feb 6, 2018 | No |
| Field Producer – CNN – Atlanta Bureau - # 161719BR | Feb 6, 2018 | No |
| Manager, Technical Operations[10] - # 162381BR | Feb 6, 2018 | No |
| Bureau Assignment Editor 1-DC - # 162417BR | Feb 6, 2018 | No |
| Producer – CNN, Documentary Unit - # 162420BR | Feb 11, 2018 | No |
| Production Equipment Inventory Manager - # 162529BR | Feb 11, 2018 | No |
| Live Events Technical Manager - # 162528BR | Feb 11, 2018 | No |
| Photojournalist- Jerusalem - # 162408BR | Feb 11, 2018 | No |
| Producer – CNN, Documentary Unit - # 162420BR | Feb 11, 2018 | No |

---

[7] Network Booking
[8] State of the Union with Jake Tapper
[9] Image & Sound
[10] DC Technical Operations

| Job Application Submitted | Date | Interview |
|---|---|---|
| Junior Publicist - # 162715BR | Feb 20, 2018 | No |
| Bureau Assignment Editor 1, DC - # 162798BR | Mar 3, 2018 | No |
| Floor Director, Technical Operations, DC - # 163288BR | Mar 21, 2018 | No |
| Technical Production Manager[11] - # 163289BR | Mar 21, 2018 | No |
| Associate Producer, Video – CNN - # 163566BR | Apr 12, 2018 | No |
| Associate Producer, CNN Politics - # 163870BR | Apr 27, 2018 | No |
| Floor Director – DC, DC Tech Ops-CNN #163913BR | May 5, 2018 | No |
| Associate Digital Producer[12] | May 5, 2018 | No |
| Media Coordinator, I & S – DC - # 163965BR | May 5, 2018 | No |
| Studio Operator I, DC Tech Ops- CNN - # 163912BR | May 7, 2018 | No |
| Studio Operator, NY Technical Operations- CNN - # 163762BR | May 12, 2018 | No |
| Senior Producer – DC - # 164123BR | May 20, 2018 | No |
| Weekend Producer I – DC - # 164678BR | June 14, 2018 | No |
| Associate Producer, Programming – CNN Politics - # 164657BR | June 14, 2018 | No |
| Video Producer – Political Embed, Project Position - # 164523BR | June 14, 2018 | No |
| Associate Assignment Editor, CNN-DC - # 164460BR | June 14, 2018 | No |
| Production Manager, I & S CNN LA - # 164563BR | June 18, 2018 | No |
| Producer I, State Department – DC - # 164492BR | June 20, 2018 | No |
| Producer II, The Situation Room with Wolf Blitzer - #164435BR | June 20, 2018 | No |
| Associate Producer, CNN Politics - # 164924BR | July 10, 2018 | No |
| Technical Production Manager, NY Tech Ops - # 162869BR | Sept 11, 2018 | No |

---

[11] DC Technical Operations
[12] Programming & Social, CNN Politics

| Job Application Submitted | Date | Interview |
|---|---|---|
| Studio/Camera Operator – Bleacher Report[13] | Oct 7, 2018 | No |
| Audio Operator – Bleacher Report - (*see footnote # 13*) | Oct 15, 2018 | No |
| Field Production Supervisor, I & S, DC-CNN - # 166882BR | Nov 29, 2018 | No |
| Associate Producer – CNN Politics - # 166627BR | Nov 29, 2018 | No |

## <u>The following Jobs Applied for with CNN, Time Warner, HBO and Turner Broadcasting Systems since Nov. 29, 2018 through April 22, 2019 (addendum to previously submitted "jobs applied for" 2016, 2017, 2018 through November 29, 2018)</u>

| Jobs applied for since November 29 2018 | | |
|---|---|---|
| **Job Application Submitted** | **Date** | **Interview** |
| Studio Operator-NYC-(Project Position) | Dec. 19, 2018 | No |
| Audio Designer II - CNN (Project Position) # 166880BR | Dec. 22, 2018 | No |
| Production Technician at Bleacher Report[14] | Jan. 14, 2019 | No |
| Weekend Breaking News Editor - CNN Politics - # 167543BR | Jan. 24, 2019 | No |
| Sr. Editorial Producer, Guest Booking -  # 167443BR[15] | Jan. 26, 2019 | No |
| Video Producer - State of the Union - # 167791BR | Feb. 21, 2019 | No |
| Senior Publicist – CNN - #  167714BR | Feb. 21, 2019 | No |

---

[13] Bleacher Report is a division of Turner Sports whose parent company is Turner Broadcasting Systems/Time Warner

[14] Bleacher Report is a division of Turner Sports whose parent company is Turner Broadcasting Systems/Time Warner

[15] The Lead with Jake Tapper, CNN

| *Job Application Submitted* | *Date* | *Interview* |
|---|---|---|
| Associate Assignment Editor (Project Role) - #168438BR | Mar. 5, 2019 | No |
| Assignment Editor National CNN (Project Role) | Mar. 5, 2019 | No |
| Associate Assignment Editor (Project Role)  #168438BR | Mar. 11, 2019 | No |
| Producer I-DC - # 168813BR | Mar. 24, 2019 | No |
| Weekend Breaking News Editor - CNN Politics - # 167542BR | Mar. 24, 2019 | No |
| **Photojournalist**-Field Production – DC - # 168830BR | Mar. 25, 2019 | No |
| Media Coordinator - DC-Creative Services - # 169049BR | Apr. 20, 2019 | No |
| Producer II – DC # 169357BR | Apr. 24, 2019 | No |
| Security Officer - # 169382BR | Apr. 25, 2019 | No |
| CNN News Associate[16] – # 169905BR | May 30, 2019 | No |
| Studio Operator I-Temporary- # 171265BR | July 20, 2019 | No |
| Sr. Field Production Manager DC- #  171696BR | Aug. 8, 2019 | No |
| Associate Producer-The Point-DC- # 171915BR | Aug. 18, 2019 | No |
| Producer II- The Lead with Jake Tapper-# 171869BR | Aug. 18, 2019 | No |
| Media Coordinator-DC Creative Services- #  171273BR | Aug. 18, 2019 | No |
| General Assignment Producer-DC- # 171711BR | Aug. 18, 2019 | No |

---

[16] Temporary Rotational Program

CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

| Martin Doherty | |
| --- | --- |
| | Plaintiff |
| vs. | |
| | Case Number  2019 CA 005570B |
| CNN America, Incorporated. | |
| | Defendant |

## SUMMONS

To the above named Defendant: **David Vigilante, Senior VP and General Counsel, CNN America Inc.**

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

| A.J Dhali | | Clerk of the Court |
| --- | --- | --- |
| Name of Plaintiff's Attorney | | |
| Dhali PLLC. 1629 K. Street. NW. No. 300 | By | |
| Address | | Deputy Clerk |
| Washington, DC 20006 | | |
| 202-556-1285; ajdhali@dhalilaw.com | Date | 10/31/2019 |
| Telephone | | |

如需翻译,請打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면,(202)879-4828로 전화주십시요.      □□□□ □□□□ □□□□□ (202) 879-4828 □□□□

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                        Demandante

            contra

                                                        Número de Caso: _____

_____
                                                        Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                  *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                            Por: _____
_____
Dirección                                                    Subsecretario

_____

                                            Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

한국어를 원하시면 (202) 879-4828 로 연락주십시오     ⬜⬜⬜⬜ ⬜⬜⬜⬜ ⬜⬜⬜⬜⬜ (202) 879-4828 ⬜⬜⬜⬜

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                            Super. Ct. Civ. R. 4

Filed
D.C. Superior Court
11/20/2019 21:12PM
Clerk of the Court

# IN THE SUPERIOR COURT FOR
## WASHINGTON D.C.
## CIVIL DIVISION

| | |
|---|---|
| **Martin Doherty,** | ) |
| **Plaintiff** | ) |
| | ) |
| **vs.** | ) **Case No: 2019 CA 005570B** |
| | ) |
| **CNN America Incorporated.** | ) |
| **Defendant.** | ) |
| | ) |

---

### Motion to Reinstate Plaintiff's Complaint.

The Plaintiff Martin Dougherty[1] files this timely R.41(b)(3) and R. 60(b) Motion to

Reinstate his 8/22/2019 Complaint dismissed by the Court *without prejudice* on 11/19/2019.

The Court dismissed the Complaint because the Plaintiff under R.4(m) had not filed an

affidavit of service within 60 days of the filing of his complaint. The 60 days expired on

10/22/2019. Plaintiff did not file an affidavit of service, because the Clerk of the Court did not

issue a valid summons until 70 days later on 10/31/2019. Under Rule 4(m) an affidavit of service

must be filed within 60 days showing service of the summons and complaint to the Defendant.

Since no summons was issued by the Clerk until day 70, Plaintiff could not file a R.(4)(m)

affidavit showing service of the summons and complaint to CNN. When the summons was

issued on day 70, 14 days later on 11/14/2019 we mailed a copy of the Initial Order, summons

and complaint to the Defendant CNN by U.S. Certified Mail.

Showing reasonable diligence in the pursuit of this matter, the Complaint needs to be

reinstated.

---

[1] The docket and case caption has incorrectly spelled Dougherty's name.

A Memorandum of Points and Authorities is attached, along with a draft Order.

Respectfully,

/s/ A.J Dhali

D.C Bar No. 495909
Dhali PLLC
1629 K. Street. NW. Suite 300.
Washington D.C. 20006
Telephone: (202) 556-1285
Email: ajdhali@dhalilaw.com
*Attorney for Plaintiff Martin Doherty*
*Wednesday November 20, 2019*

### Rule 12 Certification

CNN has not yet entered an appearance in this case. On 11/20/2019, Counsel was also unable to get in touch with the General Counsel's Office at CNN.

/s/ A.J Dhali

### Certificate of Service.

A copy of this Motion, the Memorandum of Points & Authorities, draft Order and any exhibits was served by U.S mail to the General Counsel for CNN, David Vigilante Esq., on 11/21/2019. On 11/20/2019, a courtesy copy was also emailed to Denise Giraudo, counsel in the action pending at the U.S. Federal District Court for the District of Columbia *Dougherty v. CNN*, Case No 17-cv-769.

/s/ A.J Dhali

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**

**Civil Division**

| | |
|---|---|
| **DOHERTY, MARTIN** | : |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : **Judge Jose M. Lopez** |
| | : **2019 CA 005570 B** |
| **CNN AMERICA INCORPORATED** | : |
| Defendant | : |

**ORDER**

Before the Court is Plaintiff's timely Motion to Reinstate Complaint under Rule 41-I (the "Motion"), filed on November 20, 2019. On November 19, 2019, the Court dismissed the case without prejudice pursuant to Supr. Ct. R. Civ. Pro. Rule 4(m).

"Any order of dismissal entered by the court. . . does not take effect until 14 days after the date on which it is docketed and must be vacated upon the granting of a motion filed by plaintiff within the 14 day period showing good cause why the case should not be dismissed." Supr. Ct. R. Civ. Pro. Rule 41(b)(3).

Plaintiff has shown good cause for reinstating his Complaint. Plaintiff could not file a Rule 4(m) affidavit showing service of the summons and complaint on CNN because the Clerk of the Court did not issue a valid summons until 70 days later on October 31, 2019. Accordingly, it is this 10th day of February, 2020, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED**:

1. That the dismissal is vacated and the case shall be reinstated;

2.  That plaintiff shall serve defendant CNN with copies of the complaint, summons, and initial order, and file an affidavit of proof of service by April 10, 2020, or by that date file a motion seeking additional time to file the affidavit of service; and

3.  That the Court shall set a scheduling conference for May 22, 2020 at 9:30 am in Courtroom 212.

**SO ORDERED**.


_____
Judge José M. López

**Copies to:**
Arinderjit Dhali
*Counsel for the Plaintiff*